UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22409-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DARYLE WILLIAMS,
    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Plaintiff's Motion for Attorney's Fees and Costs (DE # 13, 8/22/18). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Accordingly, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Attorney's Fees and Costs (DE # 13, 8/22/18) on or before September 6, 2018. The failure to file a response may result in a recommendation that the Plaintiff's Motion for Attorney's Fees and Costs (DE # 13, 8/22/18) be granted in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 23rd day of August, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record

Mailed by chambers to:
DARYLE WILLIAMS, *pro se* Defendant
20000 NW 34 CT
MIAMI GARDENS, FL 33056